AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida    ▾

| | |
|---|---|
| Marc Alan Reichbart and Michael Gartner, individually and on behalf of all others similarly situated, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Hear.com, LLC <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   26-cv-23441-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hear.com,LLC
396 Alhambra Circle,
Suite 1200,
Coral Gables, Florida 33134
Serve on:
Vcorp Agent Services, Inc
1200 South Pine Island Road,Plantation, FL 33324.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam A. Schwartzbaum, Esq.
Florida Bar No.: 93014
SCHWARTZBAUM
14 NE 1st Ave Suite 705
Miami, FL 33132.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 18, 2026
_____

Angela E. Noble
Clerk of Court

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts