# AFFIDAVIT OF SERVICE

| Case: 1:26-cv-23441 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION | County: | Job: 15929570 (26-CA- Hear.com-0011) |
|---|---|---|---|
| **Plaintiff / Petitioner:** MARC ALAN REICHBART and MICHAEL B. GARTNER individually and on behalf of all others similarly situated | | **Defendant / Respondent:** HEAR.COM, LLC | |
| **Received by:** Process Servers of the Carolinas | | **For:** SCHWARTZBAUM | |
| **To be served upon:** HEAR.COM, LLC c/o Vcorp Agent Services, Inc. | | | |

I, Roy Bates, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Donna Moch, CORPORATE: 1200 South Pine Island Road , 250, Plantation, Florida (FL) 33324

**Manner of Service:**   Registered Agent, May 20, 2026, 11:49 am EDT

**Documents:**   Summons in a Civil Action (Received May 18, 2026 at 12:52pm EDT), CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL (Received May 18, 2026 at 12:52pm EDT)

**Additional Comments:**

1) Successful Attempt: May 20, 2026, 11:49 am EDT at CORPORATE: 1200 South Pine Island Road , 250, Plantation, Florida (FL) 33324 received by Donna Moch. without objection or reservation. Age: 58; Ethnicity: Caucasian; Gender: Female; Weight: 115; Height: 5'4"; Hair: Brown; Eyes: Brown; Relationship: Intake specialist; Other: Intake specialist; Service was conducted with professionalism and in strict compliance with all applicable legal requirements.

Service was completed during Florida registered-agent statutory service hours of 10:00 AM to 12:00 noon, pursuant to Fla. Stat. § 48.091. Service was effected pursuant to Fed. R. Civ. P. 4(c), 4(h), and 4(l), and in accordance with Florida Statutes §§ 48.021, 48.031, 48.062, 48.091, and 48.21.

Immediately upon service, I endorsed the original process documents with the date and time of service, my initials and signature, and my designation as Sheriff-Appointed Special Process Server (Broward SPS #1383), in accordance with Florida Statutes §§ 48.031 and 48.21.

The facts set forth above are further corroborated by the Service Accountability Report, which contains contemporaneous documentation of the service date and time, service location, recipient information, GPS coordinates, mobile-device records, and photographic evidence of service. This report is maintained in accordance with best practices for legal process service and is available for review upon request.

The documents served pertain to a federal class action complaint alleging violations of the Florida Security of Communications Act, Fla. Stat. § 934.01 et seq.; the Electronic Communications Privacy Act, 18 U.S.C. § 2511 et seq.; and related claims of unauthorized disclosure of protected health information in violation of 42 U.S.C. § 1320d-6. All statutes and claims referenced herein are cited with precision and accuracy, in accordance with federal and state law.

_Roy Bates_   5/21/26

Roy Bates                                      Date

Process Servers of the Carolinas
6416 Read Rd Ste B-7 #77031
Charlotte, NC 28277
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

_Victoria Ellis_

Notary Public

5/21/26                                08/13/29

Date                    Commission Expires

Victoria L Ellis
Commission # HH 710375
Commission Expires 08-13-2029
Bonded Through - Cynanotary
Florida - Notary Public