**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MARC ALAN REICHBART and MICHAEL B. GARTNER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>HEAR.COM, LLC,<br><br>    Defendant. | Case No. 1:26-cv-23441-RKA |

## DEFENDANT HEAR.COM, LLC'S UNOPPOSED EXPEDITED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant HEAR.COM, LLC ("HEAR.COM" or "Defendant"), hereby moves pursuant to Fed. R. Civ. P. 6(b)(1)(A) and S.D. Fla. L.R. 7.1, for an order extending the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1) by 30 days from the current deadline, June 10, 2026, to and including July 10, 2026 , without waiving any defenses, rights, or other matters that may be presented under Federal Rule of Civil Procedure 12(b) or any other rule or law.   Pursuant to Local Rule 7.1(d)(2), Meta respectfully requests a ruling by June 8, 2026, in advance of Meta's current deadline of June 10, 2026. Counsel for Defendant has conferred with counsel for Plaintiffs and Plaintiffs do not oppose the motion.  In support of this motion, Defendant states as follows:

1.      On May 15, 2026, Plaintiffs filed the Complaint in this action.

2.      On May 22, 2026, Plaintiffs filed an affidavit attesting to serving Defendant with the Complaint and Summons on May 20, 2026.

3.   Based on the foregoing, Defendant's deadline to answer or otherwise respond to the Complaint is June 10, 2026.

4.   Defendant moves this Court to extend the deadline as follows: Defendant shall answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1) on or before July 10, 2026.

5.   Good cause exists for the Court to grant Defendant's motion. Counsel for Defendant was just retained in this matter and respectfully requests additional time to investigate the claims and allegations raised in the Complaint.  To permit Defendant to evaluate the claims and allegations in the Complaint, Defendant has requested, and Plaintiffs do not object to, a 30-day extension of Defendant's deadline to answer or otherwise respond to the Complaint.

6.   This is the first extension that any party has sought.  This motion is made in good faith and should not unduly delay the proceedings.

7.   As required by Local Rule 7.1(a)(2), this motion is accompanied by a proposed order.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting Defendant through July 10, 2026 to answer or otherwise respond to the Complaint.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant certifies that counsel for Plaintiffs confirmed that he does not oppose Defendant's proposed motion for an extension.

- 2 -

Respectfully submitted,

Dated: June 4, 2026

/s/ *Diana Marie Fassbender*

Diana Marie Fassbender
Florida Bar No. 17095
Orrick, Herrington & Sutcliffe LLP
dszego@orrick.com
215 NW 24th Street, Suite 200
Miami, FL 33127
Telephone: (305) 913-1930
Facsimile: (786) 204-8971

Rebecca Harlow (pro hac vice forthcoming)
Orrick, Herrington & Sutcliffe LLP
rharlow@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for Defendant*
*HEAR.COM, LLC*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 4, 2026, I electronically filed the foregoing Motion to Extend Time to Respond to the Complaint using the CM/ECF system.

By:  /s/ *Diana Marie Fassbender*

Diana Marie Fassbender
Florida Bar No. 17095
Orrick, Herrington & Sutcliffe LLP
dszego@orrick.com
215 NW 24th Street, Suite 200
Miami, FL 33127
Telephone: (305) 913-1930
Facsimile: (786) 204-8971

*Counsel for Defendant*
*HEAR.COM, LLC*