**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


**CIVIL ACTION NO. 1:26-cv-23441-RKA**

MARC ALAN REICHBART and
MICHAEL B. GARTNER, individually, and
on behalf of all others similarly situated,

            Plaintiffs,

     v.

HEAR.COM, LLC,

            Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Rebecca Harlow of the law firm of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94115, (415) 773-5700, for purposes of appearance as co-counsel on behalf of HEAR.COM, LLC ("HEAR.COM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Rebecca Harlow to receive electronic filings in this case, and in support thereof states as follows:

1.     Rebecca Harlow is not admitted to practice in the Southern District of Florida and is a member in good standing of The California Bar.

2.     Movant, Diana Marie Fassbender, Esquire, of the law firm of Orrick, Herrington & Sutcliffe LLP, 215 NW 24th St, Suite 200, Miami, FL 33127, (202) 339-8533, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served,

who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Rebecca Harlow has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Rebecca Harlow, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Rebecca Harlow at email address: rharlow@orrick.com.

WHEREFORE, Diana Marie Fassbender, moves this Court to enter an Order admitting *pro hac vice* Rebecca Harlow, to appear before this Court on behalf of HEAR.COM for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Rebecca Harlow.

Date: June 4, 2026                          Respectfully submitted,


/s/ *Diana Marie Fassbender*
Diana Marie Fassbender
Florida Bar No. 17095
dszego@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
215 NW 24th St, Suite 200
Miami, FL 33127
Tel: (202) 339-8533

Attorneys for HEAR.COM, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CIVIL ACTION NO. 1:26-cv-23441-RKA**

MARC ALAN REICHBART and
MICHAEL B. GARTNER, individually, and
on behalf of all others similarly situated,

        Plaintiffs,

    v.

HEAR.COM, LLC,

        Defendant.

## <u>CERTIFICATION OF REBECCA HARLOW</u>

Rebecca Harlow, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of The California Bar; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

        /s/ *Rebecca Harlow*
        Rebecca Harlow
        California Bar No. 281931
        rharlow@orrick.com
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, CA 94105
        Tel: (415) 773-5700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CIVIL ACTION NO. 1:26-cv-23441-RKA**

MARC ALAN REICHBART and
MICHAEL B. GARTNER, individually, and
on behalf of all others similarly situated,

        Plaintiffs,

    v.

HEAR.COM, LLC,

        Defendant.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Rebecca Harlow, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Rebecca Harlow may appear and participate in this action on behalf of HEAR.COM, LLC. The Clerk shall provide electronic notification of all electronic filings to Rebecca Harlow, at rharlow@orrick.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record