**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MARC ALAN REICHBART and MICHAEL B. GARTNER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>HEAR.COM LLC,<br><br>        Defendant. | Case No. 1:26-cv-23441-RKA |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant HEAR.COM LLC ("HEAR.COM") certifies the following: HEAR.COM LLC states that its parent corporation is WS Audiology A/S, a Danish corporation headquartered in Lynge, Denmark, which holds hear.com, LLC indirectly through hear.com N.V. (Netherlands) and hear.com USA Parent LLC. No publicly held corporation owns 10% or more of the stock of Hear.com, LLC or its parent entities.

Dated:  June 4, 2026               Respectfully submitted,

                              /s/ *Diana Marie Fassbender*

                              Diana Marie Fassbender
                              Florida Bar No. 17095
                              Orrick, Herrington & Sutcliffe LLP
                              dszego@orrick.com
                              215 NW 24th St. Suite 200
                              Miami, Florida 33127
                              Telephone: (305) 913-1930
                              Facsimile: (786) 204-8971

- 2 -

Rebecca Harlow (pro hac vice pending)
Orrick, Herrington & Sutcliffe LLP
rharlow@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for Defendant HEAR.COM LLC*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 4, 2026, I electronically filed the foregoing Rule 7.1

Corporate Disclosure Statement using the CM/ECF system.

By:  /s/ *Diana Marie Fassbender*

Diana Marie Fassbender
Florida Bar No. 17095
Orrick, Herrington & Sutcliffe LLP
dszego@orrick.com
215 NW 24th Street, Suite 200
Miami, FL 33127
Telephone: (305) 913-1930
Facsimile: (786) 204-8971

*Counsel for Defendant*
*HEAR.COM LLC*