**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23441-ALTMAN**

**MARC ALAN REICHBART** *and*
**MICHAEL B. GARTNER**,

      *Plaintiffs*,

*v.*

**HEAR.COM LLC**,

      *Defendant.*

_____/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**

      The parties are directed to prepare and file a joint scheduling report, as required by S.D. FLA. L.R. 16.1(b)(2), by **June 24, 2026**. In addition, by **June 24, 2026**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

      **DONE AND ORDERED** in the Southern District of Florida on June 4, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record