UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-23441-ALTMAN

**MARC ALAN REICHBART**, *et al.*,

    *Plaintiffs*,

*v.*

**HEAR.COM LLC**,

    *Defendant*.

_____/

## OMNIBUS ORDER

Attorney Rebecca Harlow has moved to appear *Pro Hac Vice* in this matter. *See* [ECF No. 8]. After reviewing the motion, we find that the Movant has fully complied with Rule 4 of the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys. Accordingly, we **ORDER AND ADJUDGE** that the pending Motion to Appear *Pro Hac Vice* [ECF No. 8] is **GRANTED**. Rebecca Harlow may appear and participate in this action on behalf of the Defendant. The Clerk **SHALL** provide electronic notice of all filings on the docket to: Rebecca Harlow at rharlow@orrick.com.

**DONE AND ORDERED** in the Southern District of Florida on June 5, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record