**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MARC ALAN REICHBART and MICHAEL GARTNER, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

HEAR.COM, LLC,

Defendant.

**CLASS ACTION**

**Case No. 26-cv-23441-RKA**

**STIPULATION AND EXPEDITED JOINT MOTION REGARDING BRIEFING SCHEDULE AND STAY OF PROCEEDINGS**

Pursuant to S.D. Fla. L.R. 7.1(a)(1)(N), Plaintiffs Marc Alan Reichbart and Michael B. Gartner and Defendant Hear.com LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly request that the Court enter an order approving the stipulation as follows. Pursuant to Local Rule 7.1(d)(2), the Parties respectfully request a ruling by Defendant's motion deadline of July 10, 2026.

WHEREAS, Plaintiffs filed their Complaint on May 15, 2026 [ECF 1];

WHEREAS, the Parties previously stipulated to extend the deadline for Defendant to respond to the Complaint to July 10, 2026 [ECF 6], which the Court granted [ECF 11];

WHEREAS, Defendant intends to file a motion to compel arbitration on July 10, 2026;

WHEREAS, the Parties have met and conferred and agreed that it would best preserve the parties' and judicial resources for the Court to rule on the jurisdictional issues raised in the motion to compel arbitration before briefing on the merits and class and merits discovery;

The Parties now stipulate and request that the Court enter an order as follows:

1. Defendant will file a motion to compel arbitration on July 10, 2026. Defendant expressly reserves its right and ability to move to dismiss the complaint under Federal Rule of Civil Procedure 12 if that motion is not granted. Plaintiffs consent to that reservation.

2. Plaintiffs will serve limited reasonable discovery requests relating to the basis for the motion to compel arbitration, if any is needed, by July 13, 2026.

3. Defendant will respond to Plaintiffs' requests by July 20, 2026. If there is any dispute regarding the discovery requests, either Party or the Parties together may request that the Court further extend the deadlines proposed in this stipulation to allow for the resolution of such dispute.

4. Plaintiffs will file their opposition to the motion to compel arbitration by July 24, 2026, consistent with S.D. Fla. Local Rule 7.1(c)(1).

5. Defendant will file its reply in support of the motion to compel arbitration by July 31, 2026, consistent with S.D. Fla. Local Rule 7.1(c)(1).

6. All deadlines in the Court's Order Setting Trial and Pre-Trial Schedule (ECF 16) will be stayed while the motion to compel arbitration is under consideration. If the motion to compel is denied, all such deadlines will be automatically extended by the number of days between Defendant's filing of the motion to compel arbitration on July 10, 2026 and the date of the decision denying the motion.

7. If the motion to compel arbitration is denied, Defendant's responsive pleading shall be due fourteen (14) days after the date of the decision denying the motion, consistent with Federal Rule of Civil Procedure 12(a)(4)(A).

IT IS SO STIPULATED.

Dated: July 9, 2026

Respectfully submitted,

By: */s/ Adam A. Schwartzbaum*

Adam A. Schwartzbaum, Esq.
Florida Bar No. 93014
**SCHWARTZBAUM**
14 NE 1st Ave Ste 705
Miami, FL 33132
Telephone: 786-453-8485
Primary Email:
adam@schwartzbaum.com
Secondary Email:
admin@schwartzbaum.com

*Counsel for Plaintiff and the Class*

By: */s/ Diana Marie Fassbender*

Rebecca Harlow, Esq.
Admitted *pro hac vice*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Email: rharlow@orrick.com

Diana Marie Fassbender
Florida Bar No. 17095
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
215 NW 24th St. Suite 200
Miami, Florida 33127
Telephone: 305-913-1930
Email: dszego@orrick.com

*Counsel for Defendant*